# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2007

Clifford W. Taylor,
Chief Justice

134141 & (19) (20)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HAMILTON'S HENRY THE VIII
LOUNGE, INC.,
        Petitioner-Appellant,

v

DEPARTMENT OF CONSUMER &
INDUSTRY SERVICES and LIQUOR
CONTROL COMMISSION,
        Respondents-Appellees.

SC: 134141
COA: 278422
Wayne CC: 03-312904-AV

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 6, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2007

_____
Clerk

s0619